494

**Vincent E. REIGLE, Appellant,**

v.

**UNITED STATES, Appellee.**

No. 3012.

Municipal Court of Appeals for the District of Columbia.

Argued May 14, 1962.

Decided June 14, 1962.

Diana K. Powell, Washington, D. C., for appellant.

William H. Collins, Jr., Asst. U. S. Atty., with whom David C. Acheson, U. S. Atty., Nathan J. Paulson and William Pryor, Asst. U. S. Attys., were on the brief, for appellee.

Before HOOD, Chief Judge, QUINN, Associate Judge, and MYERS, Associate Judge of The Municipal Court for the District of Columbia, sitting by designation.

PER CURIAM.

Appellant was convicted by the court of simple assault, trial by jury having been waived. The several contentions raised on this appeal are not borne out by the record. The case presented a simple and direct issue of credibility and the testimony was conflicting. We cannot say on the record before us that there is any basis for disturbing the court's finding as the evidence presented by the prosecution was obviously sufficient to support the judgment.

Affirmed.